UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 22-20495-CIV-GRAHAM

JULIE HOWARD,

    Plaintiff

vs.

CARNIVAL CORPORATION,
a Foreign Corporation,

    Defendant.
_____/

### NOTICE OF COURT PRACTICE UPON
### NOTICE OF SETTLEMENT AND ORDER CLOSING CASE

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Settlement [ECF No. 7], notifying the Court of a settlement of all issues in this matter. Based thereon,

**THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action is **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of March, 2022.

                                                  s/ Donald L. Graham
                                                  DONALD L. GRAHAM
                                                  UNITED STATES DISTRICT JUDGE

CLOSED CIVIL CASE